**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

    v.                                    Case No. 09-CR-20280

ALI DARWICH D-4,

    Defendant.
_____/

**ORDER STRIKING NOVEMBER 9, 2010, DOCUMENTS**
**AND SETTING STATUS CONFERENCE**

On November 9, 2010, the Clerk of the Court docketed two documents filed pro se by Ali Hussein Darwich. The court will strike the documents because Defendant is represented by counsel and, as the court has previously instructed Defendant, all filings must be made by the attorney of record.

In the court's November 4, 2010 order, the court held that Defendant is not entitled to represent himself while simultaneously represented by counsel. A criminal defendant who has exercised his right to appear by counsel must proceed through that counsel and may not simultaneously represent himself. (*See* 11/04/10 Order 1-2 (citing cases).) As the court has previously stated, the court will only accept motions filed by Defendant's attorney of record. Accordingly,

IT IS ORDERED that Defendant Darwich's November 9, 2010, "Request for Court to Order" [Dkt. # 93] and his November 9, 2010 "Motion for Recusal" [Dkt. # 94] are STRICKEN from the docket of this court.

IT IS FURTHER ORDERED that Defendant Darwich, along with his counsel and counsel for the Government, shall appear for a status conference on **November 18, 2010, at 2:00 p.m.** The conference shall take place on the record and will focus on Defendant Darwich's continuous attempts to file pro se documents as well as the issues raised in his most recent filings.

      S/Robert H. Cleland  
      ROBERT H. CLELAND  
      UNITED STATES DISTRICT JUDGE

Dated: November 12, 2010

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, November 12, 2010, by electronic and/or ordinary mail.

      S/Lisa Wagner  
      Case Manager and Deputy Clerk  
      (313) 234-5522