**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

    v.                                       Case No. 09-CR-20280

ALI DARWICH D-4,

    Defendant.
                             /

**ORDER STRIKING NOVEMBER 16, 2010, AFFIDAVIT**

On November 16, 2010, the Clerk of the Court docketed an affidavit filed pro se by Ali Darwich. The court will strike the document because Defendant is represented by counsel and, as the court has previously instructed Defendant, all filings must be made by the attorney of record. (*See* 11/04/10 Order; 11/12/10 Order.) For the reasons stated in the court's previous orders, as well as further explained to Defendant on the record at the November 18, 2010, status conference,

IT IS ORDERED that Defendant Darwich's November 16, 2010, "Affidavit" [Dkt. # 98] is STRICKEN from the docket of this court.

                                                  S/Robert H. Cleland
                                                 ROBERT H. CLELAND
                                                 UNITED STATES DISTRICT JUDGE

Dated: November 22, 2010

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, November 22, 2010, by electronic and/or ordinary mail.

                                                   S/Lisa Wagner
                                                 Case Manager and Deputy Clerk
                                                 (313) 234-5522